IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| STEEDA SALES AND SERVICES, LLC, | : : : | |
| Plaintiff, | : : | CASE NO.: 7:16-CV-211 (WLS) |
| v. | : : | |
| FREEPLAY MUSIC, LLC, and TUNESAT, LLC, | : : : | |
| Defendants. | : : | |

## ORDER

On November 10, 2016, Plaintiff Steeda Sales and Services, LLC filed its complaint in the instant action. (Doc. 1.) Ninety days have passed without any evidence of service on Defendants Freeplay Music, LLC and Tunesat, LLC. (*See generally* Docket.) Federal Rule of Civil Procedure 4(m) requires the Court to now "dismiss the action without prejudice against that defendant or order that service be made within a specified time."

Accordingly, Steeda Sales and Services is **ORDERED TO SHOW CAUSE not later than Thursday, February 23, 2017** as to why the instant action should not be dismissed without prejudice.

**SO ORDERED**, this 9th day of February, 2017.

                                              /s/ W. Louis Sands
                                              **W. LOUIS SANDS, SR. JUDGE**
                                              **UNITED STATES DISTRICT COURT**